## MINGO JUNCTION (city) v BIRCH

Ohio Appeals, 7th Dist, Jefferson Co

Decided July 24, 1935

Hugo Alexander, Steubenville, and A. G. Leonard, Steubenville, for plaintiff in error.

Brown & Ong, Steubenville, for defendant in error.

For full opinion see 6 OO 299; 52 Oh Ap 201.